IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Goodman, Constance G | Case Number: 04 B 22868 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/8/08 | Filed: 6/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  February 11, 2008
Confirmed: September 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,685.00 | |
| Secured: | | 3,196.64 |
| Unsecured: | | 1,358.82 |
| Priority: | | 0.00 |
| Administrative: | | 2,669.00 |
| Trustee Fee: | | 402.79 |
| Other Funds: | | 57.75 |
| Totals: | 7,685.00 | 7,685.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,669.00 | 2,669.00 |
| 2. | Internal Revenue Service | Secured | 6,500.00 | 2,378.42 |
| 3. | Illinois Title Loans | Secured | 818.22 | 818.22 |
| 4. | Ginny's | Unsecured | 11.45 | 0.00 |
| 5. | Monroe & Main | Unsecured | 25.50 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 140.58 | 45.03 |
| 7. | Country Door | Unsecured | 30.60 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 58.93 | 18.88 |
| 9. | ECast Settlement Corp | Unsecured | 59.16 | 18.95 |
| 10. | Crossing Pointe | Unsecured | 29.27 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 3,379.57 | 1,275.96 |
| 12. | Illinois Title Loans | Unsecured | 9.65 | 0.00 |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Sam Club | Unsecured | | No Claim Filed |
| 17. | Direct Charge | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | RoundUp Funding LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,731.93 | $ 7,224.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 102.38 |
| 4% | 17.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Goodman, Constance G

Printed: 4/8/08

Case Number: 04 B 22868
Judge: Wedoff, Eugene R
Filed: 6/16/04

| | |
|---:|---:|
| 3% | 13.50 |
| 5.5% | 61.96 |
| 5% | 65.63 |
| 4.8% | 41.43 |
| 5.4% | 99.90 |
| | _____ |
| | $ 402.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

